

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2017

No. 04-17-00740-CR

The State of **TEXAS**,
Appellant

v.

Dyandra Christine **YSASSI**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 485307
Honorable John Longoria, Judge Presiding

# O R D E R

The State has filed a notice of appeal pursuant to article 44.01(a) of the Texas Code of Criminal Procedure and has requested a stay pursuant to article 44.01(e). We GRANT the State's motion and ORDER a stay in the proceedings in the trial court pending this interlocutory appeal.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2017.

_____
Keith E. Hottle
Clerk of Court